UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND TUCKER ST. PROPERTY, LLC,
Plaintiff,

-against-

WILSON, ELSER, MOSKOWITZ, EDELMAN AND DICKER, LLP and MISTY PERCIFIELD, ESQ.,
Defendants.

26-CV-8053 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

In its complaint, plaintiff Diamond Tucker St. Property, LLC ("DTS") invokes the Court's subject-matter jurisdiction via diversity of citizenship. Dkt. 1, ¶ 9. The complaint alleges that DTS is a limited liability company with a single member who is a citizen of Virginia—making DTS a citizen of Virginia. *Id.* ¶ 6; *see Bayerische Landesbank, New York Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012). The complaint further alleges that defendant Wilson Elser Moskowitz Edelman & Dicker LLP ("Wilson Elser") is a law firm "organized as a partnership under New York law" and headquartered in New York. *Id.* ¶ 7. But that is not enough to determine Wilson Elser's citizenship, since a partnership takes the citizenship of every one of its partners. *See Herrick Co. v. SCS Commc'ns, Inc.*, 251 F.3d 315, 322 (2d Cir. 2001). The complaint does not list Wilson Elser's partners, much less allege each partner's citizenship. Nor does it allege the citizenship of the other defendant, Misty Percifield.

On or before **September 25, 2026**, plaintiff must file an amended complaint that identifies the partners of Wilson Elser and alleges their citizenship (including that of Ms. Percifield).

SO ORDERED.

Dated: September 17, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge