Plaintiff's request for an extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 3.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 21, 2026


# RODERICK D. WOODS, P.C.

RODERICK DAVID WOODS, ESQ.*
ATTORNEY-AND-COUNSELOR AT LAW
*ADMITTED TO PRACTICE IN NEW YORK, CONNECTICUT, AND WASHINGTON, D.C.


September 21, 2026

Honorable Arun Subramanian
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Diamond Tucker St. Property, LLC v. Wilson, Elser, Moscowitz, Edelman & Dicker, LLP, et al*;
1:26-cv-08053-AS

Dear Judge Subramanian:

I represent the Plaintiff, Diamond Tucker St. Property, LLC ("DTS"), with respect to the above matter and I am in receipt of the Court's Order (ECF No. 2) regarding the filing of an Amended Complaint to identify the partners of Wilson Elser and to allege their citizenship, including Defendant Percifield.

I am respectfully requesting a brief extension of time to September 30, 2026 in which to comply with the Order and to file the Amended Complaint.

Our office presently has an Appellate Brief due on Monday, September 28, 2026, in a Second Circuit matter (*Pupovic, et al v. Diamond Tucker St. Property, LLC, et al*, 26-00275). Moreover, because, upon information and belief, Wilson Elser may have more than 100 partners domestically and internationally, additional time is necessary to procure the information requested by the Court. The Defendants have not appeared and have not yet been served.

The Court's time and kind attention to this request is appreciated.

Very Truly Yours,

Roderick D. Woods, Esq.

880 THIRD AVENUE
5TH FLOOR
NEW YORK, NEW YORK 10022
(212) 653-8754 (TELEPHONE)
(212) 656-1555 (FACSIMILE)
RODERICK.WOODS@RDW-LAW.COM
WWW.RDW-LAW.COM